UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC DASHUN HUNT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SACRAMENTO COUNTY MAIN JAIL,<br><br>　　　　Defendant. | No. 2:18-cv-2031-EFB P<br><br><br>ORDER |

Plaintiff is a county jail inmate proceeding pro se in an action brought under 42 U.S.C. § 1983. He seeks leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a). ECF No. 2. Section 1915(a)(2) requires a prisoner seeking leave to proceed in forma pauperis to file a certified copy of the trust fund account statement for the 6-month period immediately preceding the filing of the complaint. Plaintiff has submitted an application to proceed in forma pauperis with the "Certificate" portion completed by a jail official, but has not included a copy of his trust account statement.

Accordingly, plaintiff has 30 days from the date this order is served to submit the required trust account statement. Failure to comply with this order may result in dismissal of this case.

So ordered.

Dated: July 30, 2018.

　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE