UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CEDRIC DASHUN HUNT, | No. 2:18-cv-2031-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SACRAMENTO COUNTY MAIN JAIL, | |
| Defendant. | |

Plaintiff is a county jail inmate proceeding pro se in an action brought under 42 U.S.C. § 1983. He seeks leaves to proceed in forma pauperis. ECF No. 2. To proceed in forma pauperis, plaintiff must file a certified copy of his trust fund account statement for the 6-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff has not done so. Instead, plaintiff, rather than a jail official, completed the "Certificate" portion of his in forma pauperis application. ECF No. 2. And plaintiff's subsequently-filed trust account statement contains no certification at all. *See* ECF No. 7. Thus, plaintiff has not submitted a properly certified copy of his trust fund account statement and his application for leave to proceed in forma pauperis must be denied.

Accordingly, plaintiff's application for leave to proceed in forma pauperis (ECF No. 2) is denied without prejudice. Plaintiff has 30 days from the date this order is served to submit a new application with the required trust account statement. Failure to comply with this order may

1

result in dismissal of this case. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.

So ordered.

Dated: August 14, 2018.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

2